**Motion Granted, Appeal Dismissed, and Memorandum Opinion filed October 10, 2019.**



In The

# Fourteenth Court of Appeals

### NO. 14-19-00527-CV

## CATHERINE SMITH, Appellant

## V.

## MICHAEL PUENTES AND AMY MARTINEZ, Appellees

**On Appeal from the 125th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-50206**

## MEMORANDUM OPINION

This is an appeal from a judgment signed April 5, 2019. On October 3, 2019, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted, and the appeal is dismissed.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Wise and Hassan.